UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MERVIN A. MCCONNEY,

        Plaintiff,

- against -

D&A CALLES EXPRESS CORPORATION ET AL.,

        Defendants.

21-cv-4208 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendant D&A Called Express Corporation is directed to submit a letter advising the Court as to the state of its incorporation by Monday, July 12, 2021.

SO ORDERED.

Dated:    New York, New York
           July 9, 2021

                                      John G. Koeltl
                                  United States District Judge