UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MERVIN A. MCCONNEY, <br><br> Plaintiff, <br><br> - against - <br><br> D&A CALLES EXPRESS CORPORATION, <br> Defendant. | 21-cv-4208 (JGK) <br><br> ORDER |

---

JOHN G. KOELTL, District Judge:

  The parties should provide the Court with a status update on this case by **February 4, 2022**.

SO ORDERED.
Dated:    New York, New York
          January 21, 2022

                                    _____
                                       John G. Koeltl
                                    United States District Judge